# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-1270

Kristine Williams, individually and as next Friend for J.R.M., R.A.M., and Z.K.M.

Appellee

v.

Missouri Department of Corrections

Appellant

Bill Stange

Billy Loflin, et al.

Appellants

Christy Williams, et al.

_____

Appeal from U.S. District Court for the Eastern District of Missouri - Cape Girardeau
(1:24-cv-00054-ACL)

_____

**ORDER**

Maria A. Lanahan's motion to withdraw as counsel is granted. Maria A. Lanahan is

granted leave to withdraw from this case.

July 25, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler