# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No.  25-1270

_____

Kristine Williams, individually and as next Friend for J.R.M., R.A.M., and Z.K.M.

Plaintiff - Appellee

v.

Missouri Department of Corrections

Defendant - Appellant

Bill Stange

Defendant

Billy Loflin; Pierce Yount; Stephanie Noisworthy

Defendants - Appellants

Christy Williams; William L. Johnson, MD, DO; Cynthia Reese, LPC; Centurion of Missouri, LLC

Defendants

_____

Appeal from U.S. District Court for the Eastern District of Missouri - Cape Girardeau
(1:24-cv-00054-ACL)

_____

**JUDGMENT**

Before SHEPHERD, KELLY, and STRAS, Circuit Judges.


This appeal from the United States District Court was submitted on the record of the

district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the district court's order of

January 8, 2025 is reversed and the cause is remanded to the district court for proceedings

consistent with the opinion of this court.

August 06, 2026

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler