**UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT**

No. 25-1270

Kristine Williams, individually and as next Friend for J.R.M., R.A.M., and Z.K.M.

Appellee

v.

Missouri Department of Corrections

Appellant

Bill Stange

Billy Loflin, et al.

Appellants

Christy Williams, et al.

---

Appeal from U.S. District Court for the Eastern District of Missouri - Cape Girardeau
(1:24-cv-00054-ACL)

---

**ORDER**

The motion to file an amended petition for rehearing is granted.

August 27, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler